UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**UNITED STATES OF AMERICA,**

v.                                                          CRIMINAL NO. 2:21cr20

**DIANA WILHELMSEN MANAGEMENT, LTD.,**

        **Defendant.**

## ORDER

This matter comes before the court following a guilty plea proceeding conducted by Magistrate Judge Robert J. Krask. At the conclusion of the plea hearing, Judge Krask issued a Report and Recommendation ("R&R") indicating that this court should accept the Defendant's plea of guilty because such plea was knowledgeable and voluntary and because the offense charged is supported by an independent basis in fact. ECF No. 18. The period of time to file objections to the R&R has expired, and no objections have been received. Accordingly, the undersigned judge **ADOPTS** the recommendation of the Magistrate Judge, and accepts the Defendant's guilty plea subject to this court's independent determination whether to accept the terms of the parties' binding Rule 11(c)(1)(C) written plea agreement. If the court decides not

to accept the plea agreement, the Defendant will be given the opportunity to withdraw its plea.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel for the Defendant and the United States Attorney at Norfolk.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

June 21, 2021